1 ROSNER, BARRY & BABBITT, LLP
Gregory T. Babbitt, SBN: 214299
2 David L. Herman, SBN: 216469
10085 Carroll Canyon Road, Suite 100
3 San Diego, CA 92131
Telephone:  (858) 348-1005
4 Facsimile:   (858) 348-1150
greg@rbblawgroup.com
5 david@rbblawgroup.com

6 Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 JACOB ROSBACKA, an individual,      Case No. 3:16-CV-01086-GPC-WVG

12           Plaintiff,                 CERTIFICATE OF SERVICE

13     v.

14 JOHN JOHNSON'S CARS, a company
of unknown form; AEGIS SECURITY
15 INSURANCE COMPANY, a                 Judge:  Hon. Gonzalo P. Curiel
corporation; FUENTES AUTO SALES,      Dept.:  2D
16 INC., a corporation dba OLYMPIC
AUTO SALES; FRANK FUENTES, an
17 individual; THE GUARANTEE
COMPANY OF NORTH AMERICA
18 USA, a corporation; NAVY FEDERAL
CREDIT UNION, a federally chartered
19 credit union; and DOES 1 through 75,
inclusive,

20           Defendants.

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

***ROSBACKA v. JOHN JOHNSON'S CARS, et al.***
Case No. 3:16-CV-01086-GPC-WVG

    I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: 10085 Carroll Canyon Road, Suite 100, San Diego, California 92131.

    On the date shown below, I served the following document(s) described as:

**PLAINTIFF'S OPPOSITION TO DEFENDANT NAVY FEDERAL CREDIT UNION'S RESPONSE TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION**

on the interested parties in this action at San Diego, California addressed as follows:

| | |
|---|---|
| Christian J. Gascou, Esq.<br>Gascou Hopkins, LLP<br>9696 Culver Blvd., Suite 302<br>Culver City, CA 90232<br>E-Mail: cgascou@gascouhopkins.com<br>Tel: (310) 785-9116<br>Fax: (310) 785-9149<br>Attorneys for Defendant **AEGIS SECURITY INSURANCE COMPANY** | Jason J. Kim, Esq.<br>Hunton & Williams LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>E-mail: kimj@hunton.com<br>Tel: (213) 532-2000<br>Fax: (213) 532-2020<br><br>Benjamin T. Morton, Esq.<br>GORDON & REES, LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Tel: (619) 696-6700<br>Fax: (619) 696-7124<br>Email: bmorton@gordonrees.com<br>Attorneys for Defendant<br>**NAVY FEDERAL CREDIT UNION** |
| Michael C. Rogers, Esq.<br>GOODE, HEMME & PETERSON, APC<br>6256 Greenwich Drive, Ste. 500<br>San Diego, CA 92122<br>Tel: (858) 587-3555<br>Fax: (858) 587-3545<br>Email: mrogers@sandiegoattorney.com<br>Attorneys for Defendants/Cross-Complainants<br>**FUENTES AUTO SALES, INC dba OLYMPIC AUTO SALES; FRANK FUENTES; THE GUARANTEE COMPANY OF NORTH AMERICA** | |

- 1 -
CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE CONT'D

[X]  **(BY MAIL, C.C.P §§ 1013a and 2015.5):** The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 4, 2016, at San Diego, California



Martha Ramos

- 2 -
CERTIFICATE OF SERVICE